**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**Casey Parsons** (ISB No. 11323)
casey@wrest.coop
**David A. DeRoin** (ISB No. 10404)
david@wrest.coop
**WREST COLLECTIVE**
812 W. Franklin St.
Boise, ID 83702
208-742-6789 (phone)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **MICHAEL "MICK" HEIKKOLA,**<br>Plaintiff,<br><br>vs.<br><br>**ADA COUNTY, IDAHO**, a county of the State of Idaho; **BRIAN KEEN, MICHAEL FRATUSCO, MICHAEL GEISEL, JACOB NYDEGGER, JUSTIN PHILYAW; SHAWN McGREW,** and **TODD NELSON** in their individual capacities; and **JOHN/JANE DOES 1-5**, other law enforcement officers whose true names are unknown, in their individual capacities,<br><br>Defendants. | Case No. 1:24-cv-24<br><br>**ACCEPTANCE OF SERVICE** |

Terry Derden of the Ada County Sheriff's Office has been authorized to accept service on behalf of defendants Brian Keen, Michael Fratusco, Michael Geisel, Jacob Nydegger, Justin Philyaw, Shawn McGrew, and Tood Nelson. He

hereby accepts service on behalf of those defendants, with the same effect as personal service effective January 31, 2024, of the summons for each defendant issued January 18, 2024, and the Complaint (Jury Demanded) and Civil Cover Sheet filed January 17, 2024.

Dated: January 31, 2024.

Terry Derden
Chief Legal Advisor
Ada County Sheriff's Office
Attorney for Defendants Keen, Fratusco, Geisel, Nydegger, Philyaw, McGrew, and Nelson