**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**ROBERT A. BERRY**
**ASPEN J. COMPTON-HOYTE**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar Nos. 7742 & 11227
Email: civilpafiles@adacounty.id.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL "MICK" HEIKKOLA,<br><br>Plaintiff,<br><br>vs.<br><br>ADA COUNTY, IDAHO, a county of the State of Idaho; BRIAN KEEN; MICHAEL FRATUSCO; MICHAEL GEISEL; JACOB NYDEGGER; JUSTIN PHILYAW; SHAWN McGREW; and TODD NELSON in their individual capacities; and JOHN/JANE DOES 1–5, other law enforcement officers whose true names are unknown, in their individual capacities,<br><br>Defendants. | **Case No. 1:24-cv-00024**<br><br>**NOTICE OF APPEARANCE** |

**YOU WILL PLEASE TAKE NOTICE** that from and after the time of filing hereof, Aspen J. Compton-Hoyte, Deputy Prosecuting Attorney for the Ada County Prosecuting Attorney's Office, will represent Defendants Ada County, Brian Keen, Michael, Fratusco, Michael Geisel, Jacob

Nydegger, Justin Philyaw, Shawn McGrew, and Todd Nelson in these proceedings, along with Robert A. Berry, and all pleadings, notices, and correspondence concerning this matter should be addressed to:

Robert A. Berry
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
civilpafiles@adacounty.id.gov

Aspen J. Compton-Hoyte
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
(208) 287-7700
civilpafiles@adacounty.id.gov

**DATED** this 5th day of April, 2024.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: /s/ Robert A. Berry
Robert A. Berry
Deputy Prosecuting Attorney

**DATED** this 5th day of April, 2024.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: /s/ Aspen J. Compton-Hoyte
Aspen J. Compton-Hoyte
Deputy Prosecuting Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of April, 2024, I served the foregoing NOTICE OF APPEARANCE electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Richard Eppink | ritchie@wrest.coop |
| Casey Parsons | casey@wrest.coop |
| David DeRoin | david@wrest.coop |
| WREST COLLECTIVE | |
| 812 W. Franklin Street | |
| Boise, ID 83702 | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated as follows:

N/A

By: /s/ Chyvonne Tiedemann
Legal Assistant