**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**ROBERT A. BERRY**
**ASPEN J. COMPTON-HOYTE**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar Nos. 7742 & 11227
Email: civilpafiles@adacounty.id.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL "MICK" HEIKKOLA,<br><br>Plaintiff,<br><br>vs.<br><br>ADA COUNTY, IDAHO, a county of the State of Idaho; BRIAN KEEN; MICHAEL FRATUSCO; MICHAEL GEISEL; JACOB NYDEGGER; JUSTIN PHILYAW; SHAWN McGREW; and TODD NELSON in their individual capacities; and JOHN/JANE DOES 1–5, other law enforcement officers whose true names are unknown, in their individual capacities,<br><br>Defendants. | **Case No. 1:24-cv-00024-BLW**<br><br>**DEFENDANTS' MOTION FOR JUDICIAL SETTLEMENT CONFERENCE** |

**COME NOW**, Defendants Ada County, Brian Keen, Michael, Fratusco, Michael Geisel, Jacob Nydegger, Justin Philyaw, Shawn McGrew, and Todd Nelson, by and through counsel of record, the Ada County Prosecuting Attorney's Office, Civil Division, and move for an order

referring this matter to a judicial settlement conference pursuant to 28 U.S.C. §§ 651 *et seq*., Fed. R. Civ. P. 1, and Dist. Idaho Loc. Civ. R. 16.4(b)(2)(B). This Motion is made on the grounds and for the reason that engaging in the process of alternative dispute resolution through a judicial settlement conference at this early stage will assist the parties in securing the just, speedy, and inexpensive determination of this action.

Pursuant to Dist. Idaho Loc. Civ. R. 7.1(b)(1), Defendants do not intend to submit a separate brief in support of their instant Motion.

**DATED** this 11th day of April, 2024.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: /s/ Aspen J. Compton-Hoyte
Aspen J. Compton-Hoyte
Deputy Prosecuting Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of April, 2024, I served the foregoing DEFENDANTS' MOTION FOR JUDICIAL SETTLEMENT CONFERENCE electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Richard Eppink | ritchie@wrest.coop |
| Casey Parsons | casey@wrest.coop |
| David DeRoin | david@wrest.coop |
| WREST COLLECTIVE | |
| 812 W. Franklin Street | |
| Boise, ID 83702 | |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated as follows:

N/A

By: /s/ Chyvonne Tiedemann
Legal Assistant