**Richard Eppink** (ISB No. 7503)
ritchie@wrest.coop
**Casey Parsons** (ISB No. 11323)
casey@wrest.coop
**David A. DeRoin** (ISB No. 10404)
david@wrest.coop
**WREST COLLECTIVE**
812 W. Franklin St.
Boise, ID 83702
208-742-6789 (phone)

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **MICHAEL "MICK" HEIKKOLA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ADA COUNTY, IDAHO**, a county of the State of Idaho, et al.<br><br>Defendants. | Case No. 1:24-cv-24<br><br>**STIPULATION ABOUT JOIN/AMEND DEADLINE** |

The deadline for motions to amend pleadings or join parties is currently set for July 8, 2024 (Dkt. 10, at 2.) Because of the progress of discovery, the parties agree that deadline may need to be rescheduled. In particular, the parties are currently working to resolve discovery issues that Plaintiff has identified; and, after those are resolved, Plaintiff expects to take an FRCP 30(b)(6) deposition of Ada County.

The parties therefore agree that the July 8, 2024, deadline for motions to amend pleadings or join parties should be suspended for now, to be reset to a date within a reasonable time after the currently identified discovery issues are resolved and Plaintiff can complete an FRCP 30(b)(6) deposition of Ada County.

**DATED**: June 18, 2024

**WREST COLLECTIVE**

/s/ Richard Eppink
Richard Eppink

/s/ Casey Parsons
Casey Parsons

/s/ David A. DeRoin
David A. DeRoin

**ATTORNEYS FOR PLAINTIFF**

**ADA COUNTY PROSECUTING ATTORNEY'S OFFICE, CIVIL DIVISION**

/s/ Robert A. Berry
Robert A. Berry

/s/ Aspen Compton-Hoyte
Aspen Compton-Hoyte

**ATTORNEYS FOR DEFENDANTS**