# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

MICHAEL "MICK" HEIKKOLA,

                    Plaintiff,

vs.

ADA COUNTY, IDAHO, a county of the State of Idaho, et al.

                    Defendants.

Case No. 1:24-cv-24

**ORDER SUSPENDING JOIN/AMEND DEADLINE**

The Court has reviewed the parties' Stipulation About Join/Amend Deadline (Dkt. 15). The Court finds good cause for approving stipulation. Accordingly, **IT IS HEREBY ORDERED** that the deadline for motions to amend pleadings or join parties is temporarily **SUSPENDED** and shall be later reset to a date within a reasonable time after the parties' currently identified discovery issues are resolved and Plaintiff can complete an FRCP 30(b)(6) deposition of Ada County. **The parties are directed to provide the Court with a status report on this issue within 30 days of this Order.**

DATED: June 21, 2024

B. Lynn Winmill
United States District Judge

ORDER SUSPENDING JOIN/AMEND DEADLINE – Page 1