**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**ROBERT A. BERRY**
**ASPEN J. COMPTON-HOYTE**
Deputy Prosecuting Attorney
Civil Division
200 W. Front Street, Room 3191
Boise, ID 83702
Telephone: (208) 287-7700
Facsimile: (208) 287-7719
Idaho State Bar Nos. 7742 & 11227
Email: civilpafiles@adacounty.id.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL "MICK" HEIKKOLA,<br><br>Plaintiff,<br><br>vs.<br><br>ADA COUNTY, IDAHO, a county of the State of Idaho; BRIAN KEEN; MICHAEL FRATUSCO; MICHAEL GEISEL; JACOB NYDEGGER; JUSTIN PHILYAW; SHAWN McGREW; and TODD NELSON in their individual capacities; and JOHN/JANE DOES 1–5, other law enforcement officers whose true names are unknown, in their individual capacities,<br><br>Defendants. | **Case No. 1:24-cv-00024**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**COME NOW** the above-named parties, by and through their counsel, the Ada County Prosecuting Attorney's Office, Civil Division, for Defendants Ada County, Brian Keen, Michael

Fratusco, Michael Geisel, Jacob Nydegger, Justin Philyaw, Shawn McGrew, and Todd Nelson, and Ritchie Eppink of Wrest Collective for Plaintiff, and hereby stipulate and agree that the above-entitled case be dismissed with prejudice, with each party to bear their own respective costs and attorney fees.

**DATED** this 11th day of July, 2024.

**JAN M. BENNETTS**
Ada County Prosecuting Attorney

By: Robert A. Berry

Robert A. Berry
Deputy Prosecuting Attorney
*Attorneys for Defendants*

**DATED** this 10th day of July, 2024.

**WREST COLLECTIVE**

By:

David DeRoin
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of July, 2024, I served the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE electronically through the CM/ECF System, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard Eppink ritchie@wrest.coop
Casey Parsons casey@wrest.coop
David DeRoin david@wrest.coop
WREST COLLECTIVE
812 W. Franklin Street
Boise, ID 83702

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated as follows:

N/A

By: /s/ Chyvonne Tiedemann
Legal Assistant