UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

MICHAEL "MICK" HEIKKOLA,

Plaintiff,

vs.

ADA COUNTY, IDAHO, a county of the State of Idaho; BRIAN KEEN; MICHAEL FRATUSCO; MICHAEL GEISEL; JACOB NYDEGGER; JUSTIN PHILYAW; SHAWN McGREW; and TODD NELSON in their individual capacities; and JOHN/JANE DOES 1–5, other law enforcement officers whose true names are unknown, in their individual capacities,

Defendants.

**Case No. 1:24-cv-00024**

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

The parties having filed a Stipulation for Dismissal With Prejudice and good cause appearing therefore:

**IT IS HEREBY ORDERED** this case is dismissed with prejudice, with each party bearing their own attorney fees and costs.

DATED: July 12, 2024

B. Lynn Winmill
United States District Judge