UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

MICHAEL "MICK" HEIKKOLA, )
) **Case No. 1:24-cv-00024**
Plaintiff, )
) **JUDGMENT**
vs. )
)
ADA COUNTY, IDAHO, a county of the State of )
Idaho; BRIAN KEEN; MICHAEL FRATUSCO; )
MICHAEL GEISEL; JACOB NYDEGGER; )
JUSTIN PHILYAW; SHAWN McGREW; and )
TODD NELSON in their individual capacities; and )
JOHN/JANE DOES 1–5, other law enforcement )
officers whose true names are unknown, in their )
individual capacities, )
)
Defendants. )
_____ )

Based on the concurrently filed order, it is hereby ORDERED, ADJUDGED AND

DECREED that this case be dismissed with prejudice, with each party bearing their own attorney

fees and costs.

DATED: July 12, 2024

B. Lynn Winmill
United States District Judge

ORDER – PAGE 1